IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JOHN CORNELIUS GASKINS,
Petitioner,

v.                                                                                           Civil No. 3:22cv588 (DJN)

HAROLD P. CLARKE,
Respondent.

**MEMORANDUM OPINION**

By Memorandum Order entered on September 8, 2022, the Court conditionally docketed the action and directed Petitioner to file his habeas petition on the standardized forms. (ECF No. 2.) On September 28, 2022, the United States Postal Service returned the September 8, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER," because Petitioner relocated. (ECF No.3.) Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

An appropriate order will accompany this Memorandum Opinion.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Petitioner.

An appropriate Order shall issue.

                                                                              _____/s/_____
                                                                              David J. Novak
                                                                              United States District Judge

Richmond, Virginia
Dated: October 7, 2022